## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

DENIS SULTANOV,                              )
                                             )
        Petitioner,                          )
                                             )
v.                                           )        Case No. CIV-26-108-D
                                             )
TODD M. LYONS, et al.,                       )
                                             )
        Respondents.                         )

## JUDGMENT

Pursuant to the Court's Order entered this date, the Amended Petition for Writ of

Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 10] is **GRANTED IN PART**.

Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a),

or release Petitioner.

**ENTERED** this 10th day of March, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge